**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JENNIFER RICHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-189-G |
| | ) | |
| ABM EDUCATION SERVICES, LLC, | ) | |
| and SUPERINTENDENT MID-DEL | ) | |
| PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Court's Orders issued this same date:

Plaintiff's claims against Defendant Superintendent Mid-Del Public Schools are DISMISSED with prejudice; and

Plaintiff's claims against Defendant ABM Education Services, LLC are DISMISSED without prejudice.

ENTERED this 3rd day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge